MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
BAYARDO ROCHA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BAYARDO ROCHA,<br><br>          Defendant. | Case No. CR-03-00290 MPH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING**<br><br>Date: April 16, 2013<br>Time: 2:30 p.m.<br>Courtroom: Hon. Richard Seeborg |

Defendant BAYARDO ROCHA, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Owen Martikan, hereby stipulate and agree to continue the hearing in this matter from April 16, 2013, to May 21, 2013, at 2:30 p.m.

Good cause exists for this request in that additional time in needed to complete coordination of a negotiated disposition of the matter pending before this Court and Mr. Rocha's related state court matter.

United States Probation Officer Shaheen Shan has no objection to this request.

///

BAYARDO ROCHA

**IT IS SO STIPULATED.**

Dated: 4/12/2013                    /s/ Owen Martikan
                                    _____
                                    Owen Martikan
                                    Assistant United States Attorney

Dated: 4/12/2013                    /s/Michael Hinckley
                                    _____
                                    MICHAEL HINCKLEY
                                    Attorneys for Defendant

BAYARDO ROCHA

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from April 16, 2013, to May 21, 2013, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 4/12/13

Richard Seeborg
United States District Judge

BAYARDO ROCHA