MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:	(510) 486-0800
Facsimile:	(510) 486-0801

Attorneys for Defendant
BAYARDO ROCHA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAYARDO ROCHA,<br><br>　　　　Defendant. | Case No. CR-03-00290 ~~MPH~~ MHP<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO CONTINUE HEARING**<br><br>Date: July 9, 2013<br>Time: 2:30 p.m.<br>Courtroom: Hon. Richard Seeborg |

　　　Defendant BAYARDO ROCHA, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Owen Martikan, hereby stipulate and agree to continue the hearing in this matter from July 9, 2013, at 2:30 p.m. to July 30, 2013 at 2:30 p.m.

　　　Good cause exists for this request in that the date was set based on the expectation that the assigned probation officer would prepare a sentencing memorandum for the Court by the July 9th date. The assigned probation officer, Officer Shaheen Shan, however, will be out of the office next week and not returning until the July 9th due date. Accordingly, the parties herein request the matter be continued to provide probation the necessary preparation time. With the Court unavailable on the 16th, the parties request the matter be continued to July 30, 2013.

STIPULATION --BAYARDO ROCHA

United States Probation Officer Shaheen Shan concurs.

**IT IS SO STIPULATED.**

Dated: 6/27/2013        /s/ Owen Martikan

Owen Martikan
Assistant United States Attorney

Dated: 6/27/2013        /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant

STIPULATION --BAYARDO ROCHA

# **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from July 9, 2013, to July 30, 2013, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 6/28/13

Richard Seeborg
United States District Judge

STIPULATION --BAYARDO ROCHA